# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

MARGARITA LYPIRIDOU,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-11997

Judge Manish S. Shah

Magistrate Judge Jeffrey T. Gilbert

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 132 | DEMISE |
| 23 | hiqo（Shipped in 7-15 days） |
| 3 | Rocket-Gid |
| 16 | todays daily deals clearance Aunimeifly |
| 17 | todays daily deals clearance-Tthxqing |
| 24 | Fxbar |
| 26 | LINJXDPZ |
| 36 | WUCYAOTY |
| 44 | Tian'er Clothing Brand Store |
| 77 | ASFHML |
| 82 | LYUIOND |
| 83 | Lightmans Clothing |
| 89 | Lijinming Store |
| 94 | Small |
| 109 | Klmhd |
| 116 | PHGHQ |
| 127 | Choose Me |
| 136 | WuLidianzi |
| 144 | Ynmk Jun |
| 69 | Yyeselk |
| 84 | tklpehg |

| | |
|---|---|
| 134 | SSAAVKUY |
| 135 | Olyvenn |
| 146 | CZHJS |
| 5 | PHOTNO |
| 8 | TEOSUDCNCC |
| 13 | Featur123C |
| 19 | MFJESEAA【Fast Delivery Only 7-10 Days】|
| 30 | MANRUIT |
| 32 | Reyiyi |
| 37 | BNisBM |
| 42 | BCDshop |
| 47 | Koolee |
| 52 | scarrfor |
| 56 | NSAJhsous |
| 72 | weikuang-store |
| 74 | Uinagy |
| 81 | PMUYBHF |
| 95 | HNMKIU Fashion Clothing |
| 98 | Phenhua Clothing |
| 104 | PMVFHDE Modern Clothing |
| 110 | LDCDGS |
| 120 | WEAIXIMIUNG |
| 131 | kuycs |
| 139 | Ediodpoh wardrobe |
| 140 | HCMY |
| 153 | ZhangmenREN Co.ltd |
| 92 | GAOSHeng |
| 99 | WNEGSTG |
| 102 | WENY Store |
| 108 | denetytres |
| 112 | MPWEGNP |
| 121 | DiManFeng Inc |
| 4 | Tiljvks-Cyber Monday Sale Clearance 2024 |
| 6 | GwenjuH |
| 25 | shunking |
| 27 | CHUOAND |
| 29 | MBWTRP |
| 40 | Lightning deals of today prime-Prime Day 2024 |
| 41 | meal-leaf |
| 46 | YTWJHTC |
| 59 | SpuunaW Prime Day Deals Today 2024 |
| 60 | Valentine's St Patrick's Day 2024 on Sale |
| 65 | Halloween Christmas seller |
| 66 | Clearance Sales Today Deals Prime Litetao |

| | |
|---|---|
| 67 | Lklinco |
| 39 | Lightning Deals of The Day paehe |
| 62 | Deals of the Day Clearance chengdouyu |
| 141 | GULIKE |
| 73 | huaguer |
| 149 | 33uoii |

DATED:  December 20, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 20, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                         */s/ Keith A. Vogt*
                                         Keith A. Vogt